IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

INGRID BARBEE, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION
) FILE NO. 4:18-cv-00264-RSB-JEG
WAL-MART STORES EAST, LP )
)
    Defendant. )

## ORDER TRANSFERRING VENUE

This matter coming to be heard upon the parties' Consent Motion to Transfer Venue, pursuant to 28 U.S.C. §1404(a) and 28 U.S.C. § 1406(a), and for good cause shown, this matter is hereby transferred from the United States District Court for the Southern District of Georgia, Savannah Division, to the United States District Court for the Southern District of Georgia, Brunswick Division.

SO ORDERED, this 1st day of February, 2019.

*/s/ Christopher L. Ray*
United States Magistrate Judge
For the Southern District of Georgia